IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PERMANENT EASEMENTS FOR 0.035 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA, TAX PARCEL NO. 40-2E-0019, LOUIS N. OTTAVIANO, SR.,** *et al* | : : : : : : | **NO. 09-1047** |

## ORDER

      **AND NOW**, this 1st day of July, 2009, upon consideration of the Defendant Louis N. Ottaviano, Sr.'s Motion to Dismiss, and Original Answer, Defenses and Objections and Jury Demand (Document No. 10), the parties' Stipulation (Document No. 26) and Order of May 21, 2009 (Document No. 28), it is **ORDERED** that the motion is **DENIED AS MOOT**.

 

                                                        /Timothy J. Savage  
                                                     TIMOTHY J. SAVAGE,  J.