## QUALIFICATIONS
## OF
## WILLIAM S. WOOD II

I have been actively engaged in the sale, rental, financing and appraisal of Real Estate since 1965, as a salesman, broker, manager and owner of **Harry F. Taylor Co., Realtors**, in West Chester, Chester County, Pennsylvania. In 1995 the Company name was changed to **WILLIAM WOOD CO.** In April 2000 John Strickland II became a partner. The Partnership Employer TAX ID is #69-0009 099.

I am a graduate of Colgate University, and have taken Pennsylvania State College Extension courses in Real Estate Sales, Appraisal, Management, Law and Financing, and Pennsylvania Realtors Institute courses on various aspects of Real Estate Appraising.

On June 30, 1992, I was designated by the State of Pennsylvania as a **Certified General Appraiser (GA-000740-L)**.

I have been employed by the County of Chester, townships and boroughs, local and city banks, attorneys, Federal and Bankruptcy Courts, corporations, the Chester County Redevelopment Authority, local Sewer and Water Authorities and individuals as a Real Estate Appraiser.

The scope of my appraisal work has been wide, requiring all approaches to value and for many purposes. These include gift of easement appraisals, industrial and commercial appraisals, appraisals in condemnation matters, both for condemnee and the condemnor, transfer appraisals for third party transfer companies re-use appraisals and appraisals for estate purposes. Properties appraised have ranged from large farms and undeveloped tracts, through warehouses, stores, and industrial plants, to all manner of residential property. I have testified, as needed, as an expert witness in support of my appraisals.

I have also lectured on the appraisal of Conservation Easements.

Since 1976, I have personally averaged in excess of 50 fee appraisals per year and supervised the production of an additional 100.

My professional affiliations include:

National Association of Independent Fee Appraisers-Senior Appraiser (IFAS)
Suburban West Realtors Association
Pennsylvania State Board of Realtors
National Association of Real Estate Boards
Appraisal Chapter of Southeastern Pennsylvania (President – 1977)

My education in Real Estate is as follows:

## CONTINUING EDUCATION

| | |
|---|---|
| 1993 - | Environmental Issues in Real Estate and Appraisal Standards of Practice and Ethics (Polley Institute) |
| 1995 - | Practical Overview of Evaluations and other Limited Slope assignments (Nelson – Hummel Seminars) |
| 1995 - | Theoretical Foundations of Regression Analysis (McKissock Data Systems) |
| 1995 - | Practical Applications of Regression Analysis (McKissock Data Systems) |
| 1995 - | Uniform Standards of Professional Appraisal Practice (McKissock Data Systems) |
| 1996 - | Construction Estimation (Berks Real Estate Institute) |
| 1998 - | Land Development and Subdivision (Berks Real Estate Institute) |
| 1999 - | Appraisal the Complex Residential Property (Polley Institute) |
| 2001 - | Appraisal of Historic Property |
| 2001 - | Factory Built Housing (McKissock) |
| 2003 - | Rates and Ratios (Appraisal Institute) |
| 2003 - | Art of Appraisal Review (Loomis School) |

## PROFESSIONAL TRAINING

| | |
|---|---|
| April 1992 | Introduction to Commercial Real Estate |
| March 1992 | Real Estate Analysis |
| August 1991 | Appraisal Standards and Ethics (Course 5) |
| June 1991 | Market Data Approach – Paired Sales Analysis (Course 3) |
| December 1966 | Real Estate Theory and Practice |
| December 1966 | Real Estate Law |
| June 1967 | Real Estate Financing |
| December 1967 | Real Estate Appraising |
| December 1967 | Real Estate Administration and Management |

The following are some of the clients for whom I have completed written appraisals:

## FINANCIAL INSTITUTIONS

| | |
|---|---|
| Christiana Bank | National Penn Bank |
| Provident National Bank | Wilmington Trust Company |
| Downingtown National Bank | Elverson National Bank |
| First National Bank of Chester County | Mellon Bank |

## TOWNSHIPS, MUNICIPALITIES AND AUTHORITIES

County of Chester
Downingtown Borough
East Caln Township
Pennsbury Township
Pocopson Township
West Bradford Township
East Bradford Township
Westtown Township
Chester County Airport Authority
Londonderry Township
London Britain Township
London Grove Township

Unionville–Chadds Ford School District
Chester County Water Resources Authority
West Chester Area Municipal Authority
Borough of West Chester
Redevelopment Authority of Chester County
West Chester Area School District
Valley Township Board of Supervisors
Franklin Township
West Goshen Township
West Vincent Township
Oxford Sewer Authority
Upper Uwchlan Township

## BUSINESSES, TRUSTS AND ATTORNEYS

Brutscher, Brutscher and Foley
Chester County Hospital
Beth Israel Synagogue
Orleans Builders
Toll Brothers
David C. Patten, Esquire
Glenmede Trust
I.C.I. Americas, Inc.
Thomas P. Mohr, Esquire
Lamb McErlane PC
Gawthrop, Greenwood & Halsted
Saul, Ewing, Remick & Saul LLP
MacElree Harvey
William Butler 4th, Esquire
The Barnes Foundation
Gollatz, Griffin, & Ewing
Kein, Head & Head LLP
Morgan, Lewis & Bockius
Susan Windle Rodgers, Esquire
Saling and Litvin
Ballard, Spahr, Andrews & Ingersoll

Crawford Wilson and Ryan LLP
Open Lands Trust
Chester County Historical Society
Brandywine Conservancy, Inc.
Francis Hall, Inc.
Pepper Hamilton
PECO Energy Company
Eldredge, Inc.
Brandywine Picnic Park
YMCA of Central Chester County
Madeline H. Lamb, Esquire
Buckley, Nagle, Brion, McGuire,
   Morris & Sommer
Parke, Barnes, Spangler & Bortner
French and Pickering Creek Conservation
   Trust
Natural Lands Trust
Nestle Waters
Frens and Frens
Lachal Cohen & Sagnor
Drinker, Biddle & Reath

# REAL ESTATE QUALIFICATIONS
# OF
# JEFFREY H. HELLEN, CREA

I have been actively engaged in the sale, purchase, financing and appraisal of Real Estate since 1977, in San Diego, California, Princeton, New Jersey, Minneapolis, MN and the Philadelphia metropolitan area of Pennsylvania.

I am a graduate of San Diego State University with a degree in Business management, and have taken courses in Real Estate Management, Law and Financing, and Pennsylvania Realtors Institute courses on various aspects of Real Estate Appraising.

I have been contracted as a Real Estate Appraiser by the County of Chester, Pennsylvania, various townships and boroughs, local and city banks, attorneys, engineering firms, corporations, local sewer and water authorities and individuals.

The scope of my appraisal work has been wide, requiring all approaches to value and for many purposes in both narrative and URAR formats. These include gift of easement appraisals, divorce appraisals, mortgage appraisals, appraisals in condemnation matters, both for condemnee and the condemnor, transfer appraisals for third party transfer and appraisals for estate purposes. Properties appraised have ranged from large farms and undeveloped tracts, to all manner of residential property.

My education in Real Estate is as follows:

## CONTINUING EDUCATION

| | |
|---|---|
| 2004 - | Environmental Issues in Real Estate and Appraisal Standards of Practice and Ethics (Polley Institute) |
| 2003 - | Basic Appraisal Principles (Polley Institute) |
| 2004 - | Market Data Approach – Paired Sales Analysis (Polley Institute) |
| 2007 - | Practical Applications of Regression Analysis (McKissock Data Systems) |
| 2003 - | Uniform Standards of Professional Appraisal Practice (Polley Institute) |
| 2004 - | Income Approach to value (Polley Institute) |
| 2007 - | Site evaluation and Cost Approach (Polley Institute) |
| 2007 - | Appraisal the Complex Residential Property (Polley Institute) |
| 2006 - | Appraisal of Historic Property |
| 2007 - | Appraisal of Multi-unit housing (McKissock) |

## PROFESSIONAL TRAINING

The following are some of the clients for whom I have completed written appraisals:

### FINANCIAL INSTITUTIONS

| | |
|---|---|
| Malvern Federal Bank | National Penn Bank |
| Fulton National Bank | Wilmington Trust Company |
| Downingtown National Bank | Susquehanna Patriot Bank |
| First National Bank of Chester County | Sovereign Bank |

### TOWNSHIPS, MUNICIPALITIES AND AUTHORITIES

| | |
|---|---|
| County of Chester | Kennett Township |
| Montgomery County | New Garden Township |
| Delaware County | PA Department of Transportation |
| Downingtown Borough | Chester Water Authority |
| East Caln Township | French and Pickering Creek Conservancy |
| Caln Township | Brandywine Conservancy, Inc. |
| Easttown Township | Chester County Water Resources Authority |
| East Marlborough Township | Aqua Pennsylvania |

### BUSINESSES, TRUSTS AND ATTORNEYS

| | |
|---|---|
| Brutscher, Brutscher and Foley | Lamb, Windel & Mcerlane, LLP |
| David C. Patten, Esquire | Dante Renzulli Jr, Esquire |
| Glenmede Trust | Joseph Polito, Esquire |
| Werner and Wood, LLP | Joseph Claffey, Esquire |
| Thomas P. Mohr, Esquire | Ballard, Spahr, Andrews & Ingersoll |
| Lamb McErlane PC | Saling and Litvin |
| Gawthrop, Greenwood & Halsted | Madeline H. Lamb, Esquire |
| Buckley, Nagle, Brion, McGuire, Morris & Sommer | Vera Parenti-Ancone, Esquire |
| | Frens and Frens |
| Parke, Barnes, Spangler & Bortner | Kein, Head & Head LLP |
| Gollatz, Griffin, & Ewing | Reger, Rizzo & Darnall LLP |

### CERIFICATION AND LICENSURE

Pennsylvania Certified Residential Real Estate Appraiser          #RL-139628

INTERNATIONAL SOCIETY
OF ARBORICULTURE

**CERTIFICATION PROGRAM**
P.O. Box GG • Savoy, IL 61874-9902 • (217) 355-9411 • FAX (217) 355-9516

# FOR IMMEDIATE RELEASE

Michael Martorana EARNS PROFESSIONAL CERTIFICATION

Savoy, IL -- Michael Martorana of Coatesville, PA recently demonstrated professional competency by successfully completing the CERTIFIED ARBORIST examination administered through the International Society of Arboriculture (ISA) and the local Chapter of the ISA.

The purpose of the ISA Certification Program is to improve the level of knowledge and standard of practice within the tree care profession. It is designed to assist the public in identifying those professionals in arboriculture who have demonstrated, through a professionally developed examination and education program, a thorough knowledge of tree care practices. The ISA program tests and certifies an individual's knowledge in the field of Arboriculture.

The International Society of Arboriculture is a scientific and educational organization devoted to the dissemination of information in the care and preservation of shade and ornamental trees.

ISA's Certification Program is designed to promote the professional development of those involved in the field of arboriculture or tree care. When contracting for your tree care needs, contact individuals who are certified through this voluntary program.

# International Society of Arboriculture
## Certified Arborist



Having successfully completed the requirements set by the Arborist Certification Board of the International Society of Arboriculture,

# Michael A. Martorana

the above named is hereby recognized as an ISA Certified Arborist

Jim Skiera, Executive Director
International Society of Arboriculture

| PD-0424A | Jun 18, 1997 | Jun 30, 2012 |
|---|---|---|
| Certification Number | Certified Since | Expiration Date |

# CERTIFICATE OF MERIT
## IN ORNAMENTAL PLANTS
### SERIES I

PRESENTED TO

*Michael A. Martorana*

WHO HAS SUCCESSFULLY COMPLETED

THE COURSE OF STUDY PRESCRIBED BY

LONGWOOD GARDENS FOR ORNAMENTAL PLANTS

November 18, 1996

Longwood Gardens

## COUNTY BOARD OF ELECTIONS

CHESTER COUNTY  •  WEST CHESTER, PENNA.



# CERTIFICATE OF ELECTION

November 29, 2005

We, the undersigned, members of the Chester County Board of Elections of said county, hereby certify that after tabulating the votes cast at the Municipal Election held on the 8th day of November, 2005 in said county it appears that

MICHAEL A. MARTORANA

was duly elected to the office of

MEMBER OF COUNCIL

in Parkesburg Borough

in the county aforesaid.



COUNTY BOARD OF ELECTIONS

ATTEST: *Linda Cummings*

Linda Cummings, Director

# Certificate of Completion
## Chester County Master Planner Program

PRESENTED BY

CHESTER COUNTY 2020 TRUST

CHESTER COUNTY PLANNING COMMISSION

WEST CHESTER UNIVERSITY
SCHOOL OF BUSINESS & PUBLIC AFFAIRS

THIS CERTIFICATE VERIFIES THAT **Michael A. Mortorana** HAS COMPLETED THE REQUIRED COURSES IN BASIC PLANNING, ZONING, AND SUBDIVISION AND LAND DEVELOPMENT.

DATE May 31, 2005

NANCY L. MOHR
CHESTER COUNTY 2020 TRUST

WILLIAM H. FULTON
CHESTER COUNTY PLANNING COMMISSION

CHRISTOPHER M. FIORENTINO
WEST CHESTER UNIVERSITY
SCHOOL OF BUSINESS & PUBLIC AFFAIRS




Michael A. Martorana                Cirriculum Vitae

Listing of Education
Publications
Volunteer Activity
Organizations

Michael A. Martorana

| Date | Ed Provided By or Location: | Training, Education & Accomplishments | Source of Ed or Instructor |
|---|---|---|---|
| 6/5/1971 | Newtown Sq. PA Marple Newtown High School | Business Administration | Various |
| 5/1/1975 | Dayton Ohio University of Dayton | Real Estate Fundamentals | Various |
| 4/1/1976 | Polley Assoc. Broomall, PA Real Estate Law & Principles | Management & Sales Training | Various |
| 4/1/1977 | Valley Forge PA Carnagie Inst. | Effective Sales Strategies | Deanna Like |
| 6/1/1989 | West Chester ATrain Sales Training | Ground Covers | Martin Kroemer, MS Univ of Del. |
| 11/13/1995 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Deciduous Trees | Dr. John Frett, U of Delaware |
| 11/17/1994 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Conifers | R. William Thomas Mgr, Cont. Ed. Longwood |
| 4/6/1995 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Botany III | Jeffrey Jabco, Asst Dir. of Hort, Scott Arboretum |
| 4/2/1997 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Broad-leaved Evergreens | Dr. John Frett, U of Delaware |
| 4/24/1996 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Deciduous Flowering Shrubs | Robert Herald, Section Gardner, Longwood |
| 5/25/1995 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Small Flowering Trees | Kirk Himelick, Longwood Gardens |
| 6/26/1996 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Annuals and Biennials | Pat Christopher, Longwood Gardens |
| 9/25/1996 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Perennials | Pat Christopher, Longwood Gardens |
| 9/27/1995 | Longwood Gardens, Kennett Sq. PA Longwood Certificate Series | Pesticides on Turf and Ornamentals | Lou Middleton, Extension Agent |
| 9/27/1994 | Penn State Coop Ext. West Chester Penn State | Chemicals for Turf & Ornamentals | Mike Fisher, Fisher & Sons |
| 9/27/1994 | Penn State Coop Ext. West Chester Penn State | The Safe Operation of Chainsaws | Philip Gruszka, Certified Arborist, Longwood Gardens |
| 1/31/1995 | Longwood Gardens, Kennett Sq. PA Husqvarna Mfg. Co. | Water Gardening | William Haldeman & Tim Jennings, Longwood Section Gardeners. |
| 2/3/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Pesticides and Application Eqpt. | Drs. Steward and Linquist |
| 2/9/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Tree Health/Forensic Arboriculture | Dr. Alex Shigo |
| 2/14/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Common Plant Diseases | Dr. Gary Moorman, Penn State University |
| 2/16/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Ethylene: Friend or Foe of Horticulture | Dr. George L. Staby |
| 3/7/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Diagnosis & Control of Insects on Orn. Plants | Dr. Dewey Caron, Entomologist |
| 4/13/1995 | University of Delaware University of Delaware | Meet the Pests | Dr. Dewey Caron, U of Del, Various Other Guides. |
| 5/24/1995 | Winterthur Gardens, Delaware SE PA IPM Research Group | Identifying Diseases | Tim Frontz, Plant Pathologist, Penn State, Longwood Gardens |
| 6/29/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Applied Plant Pathology, "Abiotic Disease" | Dr. Lisa Blum, Plant Pathologist, Temple University |
| 7/19/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | A Pest Walk | Dr. Bruce Steward, Entomologist, IPM Mgr. Longwood Gardens |
| 9/6/1995 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | History, Use and Care of Hort. Tools. | Roger Swain, TV Host, Professional Gardener |
| 12/2/1995 | Longwood Gardens, Kennett Sq. PA The Victory Garden (PBS) | Scale Insects | Jim Stemmel, Penn State |
| 1/25/1996 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Health Hazards of Pesticides | Dr. Win Houck, Penn State |
| 1/25/1996 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Plant Parasitic Nematodes | Dr. Sandra Sardanelli, Dir. Nematode Diagnostic Lab Univ. of Md. |
| 1/30/1996 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Diagnosing Plant Diseases | Ethel Dutsky, Diagnostic Lab U of Md. |
| 1/30/1996 | Longwood Gardens, Kennett Sq. PA Longwood In-Service | Biology & Mgmt. of Leaf Eating Caterpillars | Greg Hoover, Penn State |
| 2/5/1996 | International Society of Arboriculture 31st Annual Shade Tree Symp. | Soil Borne Fungi and Root Rotters | Dr. Gary Moorman, Penn State |
| 2/5/1996 | International Society of Arboriculture 31st Annual Shade Tree Symp. | Selling a Small Tree Care Company | Walter Mooney, Guardian Tree Experts |
| 2/5/1996 | International Society of Arboriculture 31st Annual Shade Tree Symp. | Tree Care Marketing | Eric Varodi, Bartlett Tree Experts |
| 2/5/1996 | International Society of Arboriculture 31st Annual Shade Tree Symp. | Herbicide Application Equipment | Larry Kuhns, Penn State |
| 2/6/1996 | International Society of Arboriculture 31st Annual Shade Tree Symp. | Biological & Mechanical Designs for Survival | Dr. Alex Shigo |
| 2/6/1996 | International Society of Arboriculture 31st Annual Shade Tree Symp. | | |

| Date | Organization | Event | Topic | Speaker |
|---|---|---|---|---|
| 2/23/1996 | Longwood Gardens, Kennett Sq. PA | Longwood In-Service | A Winter Pest Walk | Dr. Bruce Steward, IPM Mgr. Longwood Gardens |
| 2/28/1996 | Longwood Gardens, Kennett Sq. PA | Longwood In-Service | Winter Pruning | Ed Broadbent, Section Gardener Longwood Gardens |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | Plant Health Care or Integrated Pest Mgmt. | Dr. John Ball, South Dakota State Univ. |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | Building an IPM Landscape | Dr. Lee Hellman, U of Md. |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | IPM Research Group Update | Dave Suchanic, Penn State Coop Ext. |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | Hemlock Wooly Adelgid | Dr. Bruce Steward, IPM Mgr. Longwood Gardens |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | Bacterial Leaf Scorch | Dr. Gary Moorman, Penn State |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | Marketing IPM Programs | Dr. John Ball, South Dakota State Univ. |
| 3/6/1996 | Villanova University | SE PA IPM Research Group | Pest Resistant Plants | Deborah Smith-Fiola, Rutgers Univ. |
| 4/24/1996 | Longwood Gardens | Penn State Interiorscape Conf. | Diagnostic Overview-Dracaena Family | Dr. Elizabeth, Sluzis, Temple Univ. |
| 4/24/1996 | Longwood Gardens | Penn State Interiorscape Conf. | Subirrigation | Brad Miller, Interior Plantscapes |
| 4/24/1996 | Longwood Gardens | Penn State Interiorscape Conf. | Interiorscape Pruning | Mike Owen, Production Mgr. Longwood Gardens |
| 4/24/1996 | Longwood Gardens | Penn State Interiorscape Conf. | Interior Pests | Dr. Lisa Blum, Temple Univ. |
| 9/5/1996 | Penn State Coop Ext. West Chester | Penn State College of Ag. Sci. | Herbicides for Nursery & Landscape | Scott Guiser, Penn State |
| 9/5/1996 | Penn State Coop Ext. West Chester | Penn State College of Ag. Sci. | Herbicide Calibration | Lou Middleton, Penn State |
| 9/5/1996 | Penn State Coop Ext. West Chester | Penn State College of Ag. Sci. | Pesticide Record Keeping | Lou Middleton, Penn State |
| 9/18/1996 | Shemins Nurseries | Penn State Interiorscapes | Growing Media | Tom Contrisciano, Penn State |
| 11/20/1996 | Penn State, Biglersville | Penn State Fruit School | Importance of Light in Fruit Production | Dr. David C. Ferree, Ohio State Univ |
| 11/20/1996 | Penn State, Biglersville | Penn State Fruit School | Tree Response to Pruning | Dr. Rob Crassweller, Penn State |
| 11/20/1996 | Penn State, Biglersville | Penn State Fruit School | Physiological Effects of Pruning | Dr. David C. Ferree, Ohio State Univ |
| 11/20/1996 | Penn State, Biglersville | Penn State Fruit School | Summer and Mechanical Pruning | Dr. George Greene, Penn State |
| 11/20/1996 | Penn State, Biglersville | Penn State Fruit School | Pruning Practices in the Field | Dr. Robert Crassweller, Penn State |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Chemical Updates | Jean Scott, Zeneca Chemical Company |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Chemical Updates | Kit Rowe, American Cyanamid |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Chemical Updates | John W. Patten, PBI Gordon |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Chemical Updates | Bill Davis, Dow Elanco |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Chemical Updates | Bob Hughes, Bayer |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Chemical Updates | Jerry Reynolds, The Andersons |
| 12/5/1996 | United Horticulture Supply | Turf & Ornamental Seminar | Safety and Compliance | Luke Bruckhart, PA Dept. of Ag. |
| 2/3/1997 | International Society of Arboriculture | 32nd Annual Shade Tree Symp. | ID and Mgmt. of Beneficial Insects | Dr. Mike Raupp, Univ of Md. |
| 2/3/1997 | International Society of Arboriculture | 32nd Annual Shade Tree Symp. | ID and Mgmt. of Conifer Diseases | Dr. William Merrill, Penn State |
| 2/3/1997 | International Society of Arboriculture | 32nd Annual Shade Tree Symp. | Mgmt. of Insect and Mite Pests on Trees | Greg Hoover, Penn State |
| 2/3/1997 | International Society of Arboriculture | 32nd Annual Shade Tree Symp. | Fertilizer, Pruning and Pest Control | Dr. Roger Funk, Plant Pathologist Davey Company |
| 2/3/1997 | International Society of Arboriculture | 32nd Annual Shade Tree Symp. | Pesticides and the Public | Dr. Roger Funk, Plant Pathologists Davey Company |
| 2/20/1997 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Biological Controls of Insects in Ornamentals | Stanton Gill, Longwood Gardens IPM Mgr. |
| 1/15/1998 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | How Pesticides Work | Dr. Casey Sclar, Longwood Gardens IPM Mgr. |
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Moving Big Trees | Tim Thornhill, Pawling Gardens |
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Insect Pests, Current Mgmt Tactics | Dr. Don Booth, Bartlett Tree Research |
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Marketing Yourself as a Professional | Peter Becker, Bartlett Tree Experts |
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Helping Urban Trees Survive | Tom Schraudenbach, The Delta Group |
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Budget, Costs and Profit | Howard Eyre, Delaware Valley College |
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Advanced Rigging Techniques | Glenn Riggs & Peter Thomas |

| Date | Organization | Location | Topic | Instructor |
|---|---|---|---|---|
| 2/2/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Pruning, The A300 Standards | Bill Kruidenier, ISA Executive Director |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Tree Biology | Dr. Kim Coder, U of Georgia |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Ticks, Diseases & Supression | Dr. Don Bouth, Bartlett Tree Research |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Tree Risk Mgmt & Assessment | Dr. Kim Coder, U of Georgia |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Climbing, A Systematic Approach | Glenn Riggs & Peter Thomas |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Spray Applications | Dave Scott, PDA |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Practical Applications of PHC | Peter Becker, Bartlett Tree Experts |
| 2/3/1998 | International Society of Arboriculture | 33rd Annual Shade Tree Symp. | Selling a Plant Health Care Plan | Peter Becker, Bartlett Tree Experts |
| 2/19/1998 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Determing Pest Thresholds | Dr. Cliff Sadof, Purdue University |
| 2/24/1998 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Practical Use of Mycorrhizae | Dr. Don Marx, Plant Health Care |
| 2/25/1998 | West Chester PA. | Lesco | Insect Control in Turf | Matt Giese, Zeneca |
| 2/25/1998 | West Chester PA. | Lesco | Post Emergent Grassy Weed Control | Matt Giese, Zeneca |
| 2/25/1998 | West Chester PA. | Lesco | Ornamental Insect Control | Bill Davis, Dow Elanco |
| 2/25/1998 | West Chester PA. | Lesco | Weed Control in Ornamental Beds | Bill Davis, Dow Elanco |
| 2/25/1998 | West Chester PA. | Lesco | Biology of the White Grub | Dr. Jim Walter, Rohm & Haas |
| 2/25/1998 | West Chester PA. | Lesco | Pre-emergent Crabgrass Control in Turf | Dr. Jim Walter, Rohm & Haas |
| 2/25/1998 | West Chester PA. | Lesco | Broadleaf Weed Control in Turf | John Patten, PBI Gordeon |
| 2/25/1998 | West Chester PA. | Lesco | Organics | Rich Hawkes, Sustain Co. |
| 2/25/1998 | West Chester PA. | Lesco | Ornamental Disease Control | John Wendorf, Novartis |
| 2/25/1998 | West Chester PA. | Lesco | Plant Growth Regulators | John Wendorf, Novartis |
| 11/7/1998 | Baltimore, MD. | ISA Convention | Managing Drift | Dr. Bruce Fraederich |
| 11/7/1998 | Baltimore, MD. | ISA Convention | Tree Stress | Dr. Phil Wargo |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Pesticide Safety | Dr. Tom Smiley |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | ID and Mgmt. of Secondary Pests | Greg Hoover, Penn State |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Managing Pests with Imidacloprid | Dr. Bruce Steward, Bayer Agricultural Div. |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | The Landscape Below Ground | Gary Watson, Morton Arboretum |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Engineering Concepts | Dr. Peter Donzelli, MIT |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Rope Construction and Knots | Dr. Peter Donzelli, MIT |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Diagnosis of Root Rotting Fungi | Dr. Gary Moorman, Penn State |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Construction Site Damage | Prof. Larry Kuhns, Penn State |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Fertilizing Using the A300 Standards | Dr. Tom Smiley |
| 2/11/1999 | International Society of Arboriculture | 34th Annual Shade Tree Symp. | Arbor Master Training | Dr. Peter Donzelli, MIT & Ken Palmer |
| 2/7/1999 | Penn State, Bucks Co | Penn State Coop Extension | Interior Pest Control | Various Instructors |
| 2/9/1999 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Biological Controls | Dr. Casey Sciar, IPM Mgr. Longwood Gardens |
| 2/9/1999 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Spring Pests ID | Dr. Casey Sciar, IPM Mgr. Longwood Gardens |
| 11/9/1999 | Oxford, PA. | Arbor Master Training | Arbor Master Training | Ken Palmer |
| 12/6/1999 | Willow St. PA. | United Hort. Supply | Aquatic Weed Control | Peggy Poser, ELF Atochem |
| 12/6/1999 | Willow St. PA. | United Hort. Supply | Ornamental Disease Control | Matt Geise, Zeneca |
| 12/6/1999 | Willow St. PA. | United Hort. Supply | Ornamental Insect Control | Bill Davis, Dow Elanco |
| 12/6/1999 | Willow St. PA. | United Hort. Supply | Turf Fungicide | John Fowler, Novartis |
| 12/6/1999 | Willow St. PA. | United Hort. Supply | Turf Herbicide | Willie Pennington, BASF |
| 12/6/1999 | Willow St. PA. | United Hort. Supply | Safety and Compliance | Leonard Brylewski, PA Dept of Ag. |

| Date | Organization | Event | Topic | Speaker |
|---|---|---|---|---|
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Bugs in the Landscape | Greg Hoover, Penn State |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Arboriculture and the Internet | Tom Weber, Penn State |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Flowering Trees: Disease Resistance | Allan Michaelis, Penn State |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Arboriculture and the Law | Victor Merullo, ESQ |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Branch Protection Zones | Dr. Ed Gilman, U of Florida |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Fertilizing Trees with N P K | Dr. Ed Gilman, U of Florida |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Healthy Roots-Healthy Trees | Dr. Phil Wargo, US Forrest Service |
| 2/7/2000 | International Society of Arboriculture | 35th Annual Shade Tree Symp. | Research on Mycorrhizae Innoculation | Dr. Ed Gilman, U of Florida |
| 2/15/2000 | Winterthur Gardens | Bartlett Tree Experts | Landscape Pest Mgmt. | Dr. Donald Booth |
| 2/15/2000 | Winterthur Gardens | Bartlett Tree Experts | Mulching Mature Trees | Hal Rosner |
| 2/15/2000 | Winterthur Gardens | Bartlett Tree Experts | Planting Standards | Dr. Bruce Fraedrich |
| 2/15/2000 | Winterthur Gardens | Bartlett Tree Experts | Managing Trees to Reduce Risk | Dr. Martin McKenzie, US Forrest Service |
| 2/18/2000 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Stem Girdling Roots | Dr. Gary Johnson, U of Minnesota |
| 2/22/2000 | Longwood Gardens, Kennett Sq. PA | Longwood Gardens In-Service | Plant Pathology | Bob Mulrooney, U of Delaware |
| 1/30/2001 | 11th Annual Pesticide Conf. | DE Dept of Ag/Univ. of Del. | Information Technology on the Web. | Dr. Susan Whitney, Pest. Coord. U of Del. |
| 1/30/2001 | 11th Annual Pesticide Conf. | DE Dept of Ag/Univ. of Del. | New Chemistry and Technology for Ag. Pesticides | Dr. Jerry Baron, Asst Dir. IR4 Project. |
| 1/30/2001 | 11th Annual Pesticide Conf. | DE Dept of Ag/Univ. of Del. | New Chemistry and Tech. for Structural Pests. | Dr. Mark Lacey, Pres. IPM Network |
| 1/30/2001 | 11th Annual Pesticide Conf. | DE Dept of Ag/Univ. of Del. | Engineering Solutions for the Safe Use of Pest. | Dr. Andrew Landers, Cornell |
| 1/30/2001 | 11th Annual Pesticide Conf. | DE Dept of Ag/Univ. of Del. | Pesticide Spill Remidiation | Dr. Roger Macedanz, Minn. Dept of Ag |
| 1/30/2001 | 11th Annual Pesticide Conf. | DE Dept of Ag/Univ. of Del. | EPA and USDA Perspective. | J.Tompkins,EPA & Dr. Allen Jennings, USDA Pest Mgmt. |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Insecticides and Modes of Action and Usage Strategi | Dr. David Shetler, Ohio State |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Insecticides and Modes of Action and Usage Strategi | Dr. David Shetler, Ohio State |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Furry Pest Control Techniques | Dr. Gary San Julian, Wildlife Biologist Penn State |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Pre-Climb Risk Assessment | Dr. Bruce Fraedrich, Bartlett Research |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Soil Health Management | Dr. Kim Coder, Univ. of Georgia |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Root Diseases and Associated Risks | Dr. Bruce Fraedrich, Bartlett Research |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Construction Damage Assessment | Dr. Kim Coder, Univ. of Georgia |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Controlling Borers and Scales | Dr. David Shetler, Ohio State |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Plant Disease Management | Dr. Bruce Fraedrich, Bartlett Research |
| 2/5/2001 | International Society of Arboriculture | 36th Annual Shade Tree Symp. | Safe Procedures for Pesticide Application | Dr. Bruce Fraedrich, Bartlett Research |
| 3/1/2001 | Pennag Ind Assn | Pesticide Recert. Seminars | Pesticide Updates, Core Instruction, Orn. Shade Tree | Dr. Kerry Hoffman, Penn State |
| 3/1/2001 | Pennag Ind Assn | Pesticide Recert. Seminars | Ornamental & Shade Tree Pesticides | Dr. Tracey Olson, PA Dept of Ag |
| 3/7/2001 | PA Growers Meeting | Penn State | Reducing Pesticide Exposure | Dr. Kerry Richards |
| 3/7/2001 | PA Growers Meeting | Olympic Chemicals | Olympic Products, Their Effectiveness and Use | Paul Albanese |
| 2/4/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Mature Tree Management | Dr. Jim Clark, Hortscience |
| 2/4/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Reducing Pest Problems with Proper Tree Selection | Dr. David Sanford, Penn State |
| 2/4/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Working in Trees Near Electrical Facilities | John Goodfellow, Potecol Quanta Services |
| 2/4/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | ANSI A-300 Standards for Cabling & Bracing | Dr. Tom Smiley |
| 2/4/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Multiple Block Rigging Techniques and Crane Remov | Mark Chisholm |
| 2/5/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Using Degree Days & Plant Phenology to Predict Inst | Dr. Dan Helms |
| 2/5/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Utilities and Arborists | John Goodfellow, Potecol Quanta Services |
| 2/5/2002 | International Society of Arboriculture | 37th Annual Shade Tree Symp. | Bacterial Leaf Scorch & Other Diseases of Maple & C | Prof. Gary Moorman |

| Date | Organization | Event | Topic | Speaker |
|---|---|---|---|---|
| 9/12/2002 | Longwood Gardens, Kennett Sq. PA | In Service Cont Ed: Bob Mulrooney, U Plant Disease ID Workshop | | Bob Mulrooney, U of Delaware |
| 9/12/2002 | Longwood Gardens, Kennett Sq. PA | In Service Cont Ed: Bob Mulrooney, U Garden Pest ID/IPM | | Dr. Casey Sclar, IPM Mgr. Longwood Gardens |
| 2/3/2003 | International Society of Arboriculture | In Service Cont Ed: Dr. Casey Sclar, If Diagnosis and Management of Boring Insects in Tree | | Greg Hoover, Penn State |
| 2/3/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | Soil Compaction: Accurate Diagnosis & Treatment | Dr. Kim Coder, Univ. of Georgia |
| 2/3/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | Evergreen ID, Use & Care | Dr. David Sanford, Penn State |
| 2/3/2003 | International Society of Arboriculture | 38st Annual Shade Tree Symp. | Low Impact Rigging Principles & Techniques | Swayne Neustaeter, Arbormaster Training |
| 2/4/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | Tree Disease Management | Dr. R. Jay Stipes |
| 2/4/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | Electrical Safety & Potential Hazards | PECO Safety Team |
| 2/4/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | 2002 Asian Longhorn Beetle | Dr. Chris Luley |
| 2/4/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | Trees in the News: Recent Tree Disease Topics | Dr R. Jay Stipes |
| 2/4/2003 | International Society of Arboriculture | 38th Annual Shade Tree Symp. | Pesticide Spills | Dr. Fred Whitford |
| 2/11/2003 | Longwood Gardens, Kennett Sq. PA | In Service Cont Ed: Dr. Casey Sclar, If Indentification of Boring Insects | | Greg Hoover, Penn State |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Understanding the Balance of N-P-K Fertilizers | Ray Crocker, Jonathan Green Turf Products |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Worker Protection Standards, Safety & Licensing | Mike Myers, Penna Dept of Agriculture |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Best Management Practices of Landscape Pests | Dr. John W. Long, FMC |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Broadleaf Weed Control | John Farrell, Lebanon Turf |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Skin Cancer & Sun Safety | Melanie Zigler, RN PA Dept of Health |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Protecting Your Business: Insurance & Loss Control | Tracy Dooley & Luke Eckley, Hortica Insurance |
| 2/19/2003 | PL Rohrer & Bro. Inc. | 2003 Landscape Conf. Leola PA | Overview of the PLNA 2002 Election & The Impact of Michele Corbin Rudloff, PLNA | |
| 3/3/2003 | Longwood Gardens, Kennett Sq. PA | In Service Cont Ed: Dr. Casey Sclar, If Canopy Management | Homeland Security- Proper Storage & Disposal of Ch | Mike Myers, Penna Dept of Agriculture |
| 2/22/2004 | Fisher & Sons | 2004 Winter Ed Seminars | Disease Control in the Ornamental Landscape | Dr. John Ball, South Dakota State Univ. |
| 2/22/2004 | Fisher & Sons | 2004 Winter Ed Seminars | Controlling the Top Ten Pests in the Ornamental Lan | John Fowler, Syngenta |
| 2/22/2004 | Fisher & Sons | 2004 Winter Ed Seminars | The Art and Science of Turf Disease Forcasting | John Wiblishhauser, Bayer Environmental Science |
| 2/22/2004 | Fisher & Sons | 2004 Winter Ed Seminars | The Next Generation of Horticultural Oils | Dr. Mike at Penn State |
| 2/22/2004 | Fisher & Sons | 2004 Winter Ed Seminars | Pesticide Safety, Respirator Fit and Maintenance | Kirk Chandler, Petro Canana |
| 2/22/2004 | Fisher & Sons | 2004 Winter Ed Seminars | New Technology with Biologicals | Mike Oleykowski, Fisher & Sons |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Ornamental Bed Maintenance | Frank Dean, LidoChem |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Reward Your Enemies, Exploit Your Friends:Biologic | Aaron Goy, Regal Chemical |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Restoration Pruning of Medium Aged Trees | Dr. Michael Raupp, Univ. of Maryland |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Tree Fertilization, A Practical & Research Approach | Dr. Ed Gilman, U of Florida |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Arborists from Distant Realms | Dr. Ed Gilman, U of Florida |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | The Arborist as an Expert Witness | Dr. Gary Watson, Morton Arboretum |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Leveraging Your Time & Expertise | Dr. Robert Tate, ISA |
| 2/2/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | How to be Organized | Dr. Robert Tate, ISA |
| 2/3/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Pesticide Applicator Safety | Dr. Kerry Richards |
| 2/3/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Dianosing Diseases of Woody Ornamentals | Sharon Lilly, ISA |
| 2/3/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | Biology & Benefits of Plant Growth Regulators | Sunny Schlenger |
| 2/3/2004 | International Society of Arboriculture | 39th Annual Shade Tree Symp. | | Dr. Richard J. Buckley, Rutgers Univ. |
| 10/19/2004 | Chester County & West Chester Univ | West Chester | The Basic Course for Planning Commissioners | George Fasic and Charrelle Hickey |
| 4/1/2004 | Watershed Watch | Honeybrook | Soil Erosion and Sedimentation Control | Watershed Watch |
| 4/1/2004 | Watershed Watch | Buck Run, Parkesburg | Streamside Biosurvey | Watershed Watch |
| 2/7/2005 | International Society of Arboriculture | 40th Annual Tree Symposium | Growing Healthy Hemlocks, Pest Mgmt and Culture | Dr. Casey Sclar, IPM Mgr. Longwood Gardens |

| Date | Venue | Topic | Speaker |
|---|---|---|---|
| | | Builders and Destroyers | Jim Paluch |
| | | New Age Climbing, Techniques & Eqpt. | Mark Chisholm |
| | | Invasive Pests of PA, ID and Treatment | Dr. Tom Smiley |
| | | Innovations in Arboriculture | Dr. Tom Smiley |
| | | Tree Disease ID & Treatment | Dr. George Hudler |
| | | Phytophthora Canker on Beech | Dr. George Hudler |
| | | Biology and Mgmt of Scale and Mites | Dr. Casey Sclar, IPM Mgr. Longwood Gardens |
| | | An Interactive Pesticide Safety Learning Session | Eric Lorenz, PA Dept of Ag. |
| 3/23/2005 | Longwood Gardens, Kennett Sq. PA | In Service Cont Ed: Dr. Casey Sclar, IPM Pests and Controls for Ornamental Plants | Daniel Gilpein, Cornell Extension Entomologist |
| 3/9/2005 | Longwood Gardens, Kennett Sq. PA | In Service Cont Ed: Dr. Casey Sclar, IPM Developing Structure in Young and Medium Aged Lar Dr. Ed Gilman, U of Florida | |
| 1/30/2006 | International Society of Arboriculture | 41st Annual Tree Symposium | |
| | | Scouting, Trapping & Monitoring for Insects and Mites | Greg Hoover, Penn State |
| | | Urban Soils | Dr. James Urban |
| | | Leadership through Assertiveness | James Ingram, Bartlett |
| | | Preventing Common Workplace Hazards | John Smith, Hazlett Tree Service, former Pres., ISA |
| | | Bacterial Leaf Scorch Update | Dr. Ann Brooks Gould, Rutgers University |
| | | Hemlock Culture-Management Practices | James Ingram, Bartlett |
| | | The Impact of Moisture on Disease Development | Dr. Ann Brooks Gould, Rutgers University |
| | | Trees in Urban Spaces | James Urban |
| | | Safety Starts with Understanding - Poisoning | Dr. Mike Oleykowski, Poison Control Center |
| 2/5/2007 | International Society of Arboriculture | 42nd Annual Penn-Del Shade Tree Sy Just Where Do The Root Belong? | Dr. Bonnie Appleton, Virginia Tech |
| | | Human Behavior: The ABC's of Safety Performance | Andrew Salvadore, Asplundh |
| | | Elms, Crabapples and Other Stress Tolerant Trees | Bruce Fraedrich, Bartlett Labs |
| | | DOT Regulations: You Need to Know | Don Siekerman, Director of Safety, PA Mtr Truck Assn |
| | | Things You Should Know About Trees | Bob Benjamin, City of Chicago Forrester |
| | | Reducing Landscape Tree Risk Through Supplement | Bruce Fraedrich, Bartlett Labs |
| | | Diagnosing Site Related Problems of Trees in the Lar | Scott Guiser, Penn State |
| | | Diagnosis & Management of Insect & Mite Pests on T | Greg Hoover, Penn State |
| | | Identifying Wood Decaying Fungi on Urban Trees | Chris Luley |
| | | Safety Starts With Understanding | Mike Oleykowski, Fisher & Sons |

MASTER PLANNER COURSES

| Date | Venue | Topic | |
|---|---|---|---|
| 11/5/2005 | Chester County & West Chester Univ | WC Graduate Business Center | George Fasic and Channelle Hickey |
| 3/1/2005 | Chester County & West Chester Univ | The Planning Commission 3 classes | |
| | | West Chester | |
| 5/3/2005 | Chester County & West Chester Univ | Zoning 3 classes | George Fasic and Samuel N. Krick, Jr. |
| | | West Chester | |
| | | Subdivision and Land Development Review | |
| | | Above Earned Cert of Master Planner | |

PUBLICATIONS:

| | | |
|---|---|---|
| | October 1988, Main Line Community Magazine | Custom Leasing. |
| | May 5th, 2000 Daily Local News of Chester County | "Tree Planting Mistakes Can Be Avoided" |
| | April 29, 2004 Daily Local News of Chester County | "Bagworms Ready to Attack" |

| | | |
|---|---|---|
| Volunteer activities | | |
| | Rainbow Elementary School, Coatesville, PA | Help the Earth! Lets plant a tree! |
| | Rainbow Elementary School, Coatesville, PA | Dining Out! Weekly Dinner at School. |
| | Chester County Flower Show | Chairman: Educational Series. |
| | Our Lady Of Consolation Church, Parkesburg, PA | Design/ Gardening: Schneider Parish Center |
| | Downingtown High School | Varsity Hockey Club - Coach |
| | Coatesville, PA | Fallowfield Fillies Softball - Coach |
| | West Chester, PA | IceLine Roller Hockey - Coach for Downingtown High School Varsity |
| | Longwood Gardens, Kennett Sq. PA | IPM Lab, developing pesticide databases |
| Since April 2004 | The Borough of Parkesburg | Arbor Day Community Activity |
| | The Borough of Parkesburg | Furnish and decorate the Boro Christmas Tree |
| Started 6/2004 | Philadelphia Flower Show | Camden County Tech School Volunteer |
| | The Borough of Parkesburg | Erosion and Sedimentation Control Volunteer |
| | The Borough of Parkesburg | Water Watch Volunteer |
| July 2004 | The Borough of Parkesburg | Planning Commissioner |
| October 2004 | The Borough of Parkesburg | 2005 Zoning Task Force |
| January 2005 | The Borough of Parkesburg | Council Member (appointed) |
| November 2005 Election | The Borough of Parkesburg | Elected by majority vote and appointed VP Borough Council |
| Jan-05 | The Borough of Parkesburg | Appointed Chair, Progress & Development Committee |
| Dec-09 | The Borough of Parkesburg | Wrote 32 page Street Tree Ordinance |
| October 2006 | Organized Marple Newtown High School Reunion | |

Organizations

Parkesburg Area Business Assn
West Caln Gun Club
Parkesburg Fire Co Supporter
The International Society of Arboriculture
Tree Care Industry Association

Gene L. McMillen
117 South Church Street
Quarryville, PA 17566
717-786-5008
gdcj2@juno.com

**EDUCATION:** Eastern University, St Davids, PA,   BA History   1985 – 1989
Millersville University, Millersville, PA   Botany, Plant Systematics, and Independent Research Project: "Tree Hazard Evaluation and Mitigation".   2005 – 2006
Special Projects: presented a lecture to a Biodiversity class: "IPM, Protecting Biodiversity in Your Backyard". Web publication of herbarium sample of Quercus (oak).

**TRAINING:**   Game of Logging I and II (controlled, directional, felling)
Arborist Short Course, *Penn State University, Mt Alto*
Basic Tree Climbing School, *ISA Penn-Del, Penn State Co-operative Extension*
Refining Your Climbing Skills, *Morris Arboretum*
Practical Rigging, *Morris Arboretum*
Arial Rescue, *Penn State Co-operative Extension*
Electrical Hazardous Awareness Program, *TCIA, Penn State Co-operative Extension*
Annual ISA Penn-Del Symposium
Served as an instructor for various companies for basic tree climbing and ANSI Z133.1 safety training.

**CERTIFICATIONS:** ISA Certified Tree Worker / Climber Specialist
ISA Certified Arborist
First Aid / CPR
PA Pesticide Applicators License

**VOLUNTEER SERVICE:** International Society of Arboriculture Penn-Del Chapter: Board of Directors, current President Elect, Director at Large, Property Committee Chairman, Education Committee Chair, instructor at Basic Tree Climbing School, annual Symposium, and Tree Climbing Championship (East). Worked with TCIA to bring EHAP training to three locations in the chapter. I also serve as a "Legislative Liaison" between Penn State University and the 100th legislative district.

**WORK EXPERIENCE:**

| | | |
|---|---|---|
| Home and Gardens dba Tree Doctors | | 2009-present |
| General Manager | | |
| Bartlett Tree Experts | | 2006-2009 |
| ISA certified arborist | | |
| McMillen Tree Services | | 1999-2006 |
| Owner/operator | | |
| Quarryville Presbyterian Retirement Community | | 5 years |
| Maintenance tec | | |
| J.R. McCullough, Inc | | 4 years |
| Awning sales | | |

**REFERENCES:** Harvey Lerman PO box 177 Exton Pa, 19341 (610) 594-4740
*Relationship:* local manager, Bartlett Tree Experts

Adam Billheimer 790 Church Road, Quarryville, PA 17566 (717)786-8489
*Relationship:* supervisor at Quarryville Presbyterian Retirement Community

Christopher Hardy, PhD. 50 East Frederick Street, Biology Department, Roddy Hall, Millersville University, Millersville, PA 17551
(717)871-2312. *Relationship:* professor.