

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC | : CIVIL ACTION |
| v. | : |
| PERMANENT EASEMENTS FOR 0.035 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA, TAX PARCEL NO. 40-2E-0019, LOUIS N. OTTAVIANO, SR., et al | : : : : : NO. 09-1047 |

FILED
JAN 20 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 19th day of January, 2010, upon consideration of Plaintiff Transcontinental Gas Pipeline Company, LLC's Motion *In Limine* to Seek Application of Federal Law to the Determination of Just Compensation (Document No. 49), the defendants' response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that federal law shall apply to the issue of just compensation.

TIMOTHY J. SAVAGE, J.

ENTERED
JAN 20 2010
CLERK OF COURT