IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PERMANENT EASEMENTS FOR 0.035 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA, TAX PARCEL NO. 40-2E-0019, LOUIS N. OTTAVIANO, SR., *et al* | : : : : : : | NO. 09-1047 |

## ORDER

**AND NOW**, this 25th day of January, 2010, the issues having been tried before a jury and the jury having rendered its verdict, it is **ORDERED** that **JUDGMENT** is entered in favor of the defendant, Louis N. Ottaviano, and against the plaintiff, Transcontinental Gas Pipe Line Company, LLC, in the amount of $8,400.00.

      /Timothy J. Savage
    TIMOTHY J. SAVAGE, J.